IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION FILE NO. 3:19-cv-493

| | | |
|---|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | COMPLAINT |
| ALIYAH ESTATES, LLC, RICHARD R. ROLLE, SR., and RICHARD RAMON ROLLE, JR., | ) ) ) ) | |
| Defendants | ) | |

Plaintiff Newtek Small Business Finance, LLC complaining of Defendants Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr. (collectively, "Defendants") says and avers:

1.  Plaintiff Newtek Small Business Finance, LLC ("Plaintiff" or "Newtek") is a New York limited liability company authorized to do business under a Certificate of Authority in North Carolina, with a registered agent in Wake County, North Carolina.

2.  Upon information and belief, Defendant Aliyah Estates, LLC is a North Carolina limited liability company authorized to do business in North Carolina, with a principal place of business in Mecklenburg County, North Carolina.

3.  Upon information and belief, Defendant Richard R. Rolle, Sr. is a resident of Iredell County, North Carolina.

4.  Upon information and belief, Defendant Richard Ramon Rolle, Jr. is a resident of Mecklenburg County, North Carolina.

5.  This Court has jurisdiction over this matter under 28 U.S.C. §

1332(a) because the parties to this action are citizens of different states and the amount in controversy, exclusive of interest and cost, exceeds $75,000.00.

  6. Venue is proper in this Court.

**FIRST CLAIM FOR RELIEF**

(Note -1206)

  7. The previous allegations are incorporated by reference as if completely set forth.

  8. On or about September 29, 2017, in exchange for a loan, Dr. Richard R. Rolle, Jr., PLLC and Defendant Aliyah Estates, LLC executed and delivered to Newtek a Note in the original amount of $3,500,000.00 ("Note 1").

  9. A copy of Note 1 is attached as "**Exhibit 1**".

  10. Defendant Richard R. Rolle, Sr. executed and delivered an Unconditional Guarantee dated September 29, 2017, through which he personally guaranteed repayment of all indebtedness of Dr. Richard R. Rolle, Jr., PLLC and Defendant Aliyah Estates, LLC pursuant to the terms of Note 1 (the "Rolle Sr. Guarantee").

  11. A copy of the Rolle Sr. Guarantee is attached as "**Exhibit 2**".

  12. Defendant Richard Ramon Rolle, Jr. executed and delivered an Unconditional Guarantee dated September 29, 2017, through which he personally guaranteed repayment of all indebtedness of Dr. Richard R. Rolle, Jr., PLLC and Defendant Aliyah Estates, LLC pursuant to the terms of Note 1 (the "Rolle Jr. Guarantee").

  13. A copy of the Rolle Jr. Guarantee is attached as "**Exhibit 3**".

  14. The Rolle Sr. Guarantee and Rolle Jr. Guarantee are collectively referred to as the "Note 1 Guaranties".

  15. The terms of Note 1 required Dr. Richard R. Rolle, Jr., PLLC and Defendant Aliyah Estates, LLC to pay monthly payments by the 1st day of each month.

2

16.     Note 1 is in default because Dr. Richard R. Rolle, Jr., PLLC and Defendant Aliyah Estates, LLC's failed to make the monthly payments from May 1, 2018 through and including the date of this Complaint.

17.     In addition, Note 1 is in default because Dr. Richard R. Rolle, Jr., PLLC filed for bankruptcy protection on August 15, 2019 in the United States Bankruptcy Court for the Western District of North Carolina, Case Number 19-31124.

18.     Newtek is the holder of Note 1, the Note 1 Guaranties, and all related loan documents.

19.     By letter dated September 11, 2019, Newtek, through counsel, notified Defendants that the Note was accelerated and demanded payment of Note 1's outstanding balance ("Demand Letter"), but Defendants have failed and refused to pay.

20.     A copy of the Demand Letter is attached as **"Exhibit 4"**.

21.     As of September 10, 2019, there is due and owing on Note 1 the sum of $3,891,167.88, plus interest at the rate of $724.92 per day from and after September 10, 2019 until paid in full.

22.     Newtek is entitled to a judgment against Defendants Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally, for the sum of $3,891,167.88, plus interest at the rate of $724.92 per day from and after September 10, 2019 until the date of judgment and thereafter at the legal rate until paid in full.

## SECOND CLAIM FOR RELIEF
(Note -6384)

23.     The previous allegations are incorporated by reference as if completely set forth.

3

24. On or about December 18, 2017, in exchange for a loan, Dr. Richard R. Rolle, Jr., PLLC executed and delivered to Newtek a Note in the original amount of $500,000.00 ("Note 2").

25. A copy of Note 2 is attached as "**Exhibit 5**".

26. Defendant Aliyah Estates, LLC executed and delivered an Unconditional Guarantee dated December 18, 2017, through which it personally guaranteed repayment of all indebtedness of Dr. Richard R. Rolle, Jr., PLLC pursuant to the terms of Note 2 (the "Aliyah Guarantee").

27. A copy of the Aliyah Guarantee is attached as "**Exhibit 6**".

28. Defendant Richard R. Rolle, Sr. executed and delivered an Unconditional Guarantee dated December 18, 2017, through which he personally guaranteed repayment of all indebtedness of Dr. Richard R. Rolle, Jr., PLLC pursuant to the terms of Note 2 (the "Rolle Sr. Guarantee 2").

29. A copy of the Rolle Sr. Guarantee 2 is attached as "**Exhibit 7**".

30. Defendant Richard Ramon Rolle, Jr. executed and delivered an Unconditional Guarantee dated December 18, 2017, through which he personally guaranteed repayment of all indebtedness of Dr. Richard R. Rolle, Jr., PLLC and Defendant Aliyah Estates, LLC pursuant to the terms of Note 1 (the "Rolle Jr. Guarantee 2").

31. A copy of the Rolle Jr. Guarantee 2 is attached as "**Exhibit 8**"

32. The Aliyah Guarantee, Rolle Sr. Guarantee 2 and Rolle Jr. Guarantee 2 are collectively referred to as the "Note 2 Guaranties".

33. The terms of Note 2 required Dr. Richard R. Rolle, Jr., PLLC and Defendant Aliyah Estates, LLC to pay monthly payments by the 1st day of each month.

34. Note 2 is in default because Dr. Richard R. Rolle, Jr., PLLC's failed to make the monthly payments from May 1, 2018 through and including the date of this Complaint.

4

35.     In addition, Note 2 is in default because Dr. Richard R. Rolle, Jr., PLLC filed for bankruptcy protection on August 15, 2019 in the United States Bankruptcy Court for the Western District of North Carolina, Case Number 19-31124.

36.     Newtek is the holder of Note 2, the Note 2 Guaranties, and all related loan documents.

37.     By letter dated September 11, 2019, Newtek, through counsel, notified Defendants that Note 2 was accelerated and demanded payment of Note 2's outstanding balance ("Demand Letter"), but Defendants have failed and refused to pay.

38.     A copy of the Demand Letter is attached as **"Exhibit 4"**.

39.     As of September 10, 2019, there is due and owing on Note 2 the sum of $542,284.21, plus interest at the rate of $101.94 per day from and after September 10, 2019 until paid in full.

40.     Newtek is entitled to a judgment against Defendants Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally, for the sum of $542,284.21, plus interest at the rate of $101.94 per day from and after September 10, 2019 until the date of judgment and thereafter at the legal rate until paid in full.

### THIRD CLAIM FOR RELIEF
(Contractual Attorneys' Fees on Notes and Guaranties)

41.     The previous allegations are incorporated by reference as if completely set forth.

42.     Note 1, Note 2, the Note 1 Guaranties and the Note 2 Guaranties contain provisions that entitle Newtek to recover its reasonable attorneys' fees and other legal expenses from Defendants if Newtek incurs such expenses to enforce the Note, Guaranties, and other loan documents.

43.     As a result of Defendants' default, Newtek has and continues to

5

incur attorneys' fees and other legal expenses related to its enforcement of the Note, Guaranties, and other loan documents.

44. Pursuant to the provisions of North Carolina General Statutes Section 6-21.2, the Demand Letter notified Defendants that attorneys' fees in the amount of 15% of the outstanding indebtedness on the Note would be collected if payment of the outstanding balance was not made within five days from the date of notification.

45. The outstanding balance has not been paid and over five days have elapsed since the mailing of the notification.

46. Pursuant to the provisions of North Carolina General Statutes Section 6-21.2, each Defendant is hereby notified again that attorneys' fees in the amount of 15% of the outstanding indebtedness on Note 1, Note 2, Guaranties and Note 2 Guaranties will be collected if payment of the outstanding balance is not made within five days of service of this Verified Complaint upon them.

47. Newtek is entitled to a judgment against Defendants Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally, for its reasonable attorneys' fees incurred as a result of their default.

WHEREFORE, Plaintiff Newtek Small Business Finance, LLC prays unto the Court:

1. On the First Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally, the sum of $3,891,167.88, plus interest at the rate of $724.92 per day from and after September 10, 2019 until the date of judgment and thereafter at the legal rate until paid in full;

2. On the Second Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally, the sum of

6

$542,284.21, plus interest at the rate of $101.94 per day from and after September 10, 2019 until the date of judgment and thereafter at the legal rate until paid in full;

3.      On the Third Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally, reasonable attorneys' fees in the amount of 15% of the outstanding balance owing on Note 1 and Note 2 as of the date this Verified Complaint is filed;

4.      Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally, the costs of this action; and,

5.      Plaintiff Newtek Small Business Finance, LLC have and recover such other and further relief as to the Court may seem just and proper.

This the 30th day of September, 2019.

*/s/ Lance P. Martin*
Lance P. Martin
N.C. State Bar I.D. No.: 027287
E-mail: lpm@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Attorneys for Newtek Small Business Finance, LLC

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION FILE NO.

| | | |
|---|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | VERIFICATION |
| | ) | |
| ALIYAH ESTATES, LLC, RICHARD R. ROLLE, SR., and RICHARD RAMON ROLLE, JR., | ) | |
| Defendants | ) | |

PETER PERSICHETTE, being duly sworn, deposes and says that he is Special Servicing Manager of Newtek Small Business Finance, LLC, and as such is authorized to make this verification; that he has read the foregoing COMPLAINT, and the same is true of his own knowledge, except as to those matters and things stated on information and belief, and, as to those, he believes them to be true.

_Peter Persichette, VP_

Peter Persichette

Nassau COUNTY, NEW YORK

Sworn to (or affirmed) and subscribed before me this day by Peter Persichette.

Date 9/24/2019

_Doreene Maynard_

Signature of Notary Public

My commission expires: 11/10/2021

(Official Seal)

DOREENE MAYNARD
Notary Public, State of New York
No. 01MA6292935
Qualified in Nassau County
Commission Expires November 12, 20_21_