IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION FILE NO. 3:19-cv-493

| | | |
|---|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| DR. RICHARD R. ROLLE, JR., PLLC ALIYAH ESTATES, LLC, RICHARD R. ROLLE, SR., and RICHARD RAMON ROLLE, JR., | ) ) ) ) ) | |
| Defendants | ) | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Newtek Small Business Finance, LLC ("Plaintiff"), through the undersigned counsel, moves the Court for default judgment against Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally. In support of this Motion, Plaintiff shows the Court as follows:

1. On the First Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly and severally, $3,891,167.88, plus interest of $724.92 per day from and after September 10, 2019 until judgment and thereafter at the legal rate until paid in full.

2. On the Second Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly

and severally, $542,284.21, plus interest of $101.94 per day from and after September 10, 2019 until judgment and thereafter at the legal rate until paid in full.

3. On the Third Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly and severally, reasonable attorneys' fees of (i) $585,849.94 on Note 1 and (ii) $81,648.45 on Note 2, which is 15% of the outstanding balance on Note 1 and Note 2 when the Amended Complaint was filed on September 30, 2019 (being $3,905,666.28 and $544,323.01, respectively).

4. Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., are not infants or incompetent persons.

5. Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., are not in the military service of the United States.

6. The default of Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., has been entered for failure to defend.

7. The amount shown by the Amended Complaint is justly due and owing and no part has been paid.

8. There is no just reason for delay in entering Judgment against Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr.

WHEREFORE, Newtek Small Business Finance, LLC respectfully requests that:

1. The Court grant this Motion for Default Judgment against Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly and severally.

2. The Court enter the judgment by default against Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly and severally, as follows:

    a. On Plaintiff's First Claim of Relief, $3,891,167.88, plus interest of $724.92 per day from and after September 10, 2019 until judgment and thereafter at the legal rate until paid in full;

    b. On Plaintiff's Second Claim of Relief, $542,284.21, plus interest of $101.94 per day from and after September 10, 2019 until judgment and thereafter at the legal rate until paid in full;

    c. On Plaintiff's Third Claim of Relief, reasonable attorneys' fees of (i) $585,849.94 on Note 1 and (ii) $81,648.45 on Note 2, which is 15% of the outstanding balance on Note 1 and Note 2 when the Amended Complaint was filed on September 30, 2019 (being $3,905,666.28 and $544,323.01, respectively); and

    d. the costs of this action.

3. Plaintiff be granted such relief as the Court deems just and proper.

This the 10th day of February, 2020.

                                      */s/ Lance P. Martin*
                                      Lance P. Martin
                                      N.C. State Bar I.D. No.: 027287
                                      E-mail: lpm@wardandsmith.com
                                      For the firm of
                                      Ward and Smith, P.A.
                                      Post Office Box 2020
                                      Asheville, NC 28802-2020
                                      Telephone: 828.348.6070
                                      Facsimile: 828.348.6077
                                      Attorneys for Newtek Small Business
                                         Finance, LLC

BUNCOMBE COUNTY, NORTH CAROLINA

Sworn to (or affirmed) and subscribed before me this day by Lance P. Martin.

Date   2/10/2020

(Official Seal)

                                        */s/ Sarah E. Rawlings*
                                        Signature of Notary Public

                                        My commission expires:  11/13/2024

SARAH E RAWLINGS
NOTARY PUBLIC
BUNCOMBE COUNTY, N.C.

CERTIFICATE OF SERVICE

I certify that the foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT was filed electronically in accordance with the Clerk of Court and was served electronically on those entities that have properly registered for such electronic service. Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

Dr. Richard R. Rolle Jr.
9615 Caldwell Commons Circle Suite B
Cornelius, NC 28031

Richard R. Rolle, Sr.
239 Alexandria Drive
Mooresville, NC 28115-8080

Aliyah Estates, LLC
c/o Richard R. Rolle, Jr.,
   its Registered Agent
9615 Caldwell Commons Circle Suite B
Cornelius, NC 28031

Dr. Richard Ramon Rolle, Jr.
16801 Jetton Road
Cornelius, NC 28031

This the 18th day of February, 2020.

/s/ Lance P. Martin
Lance P. Martin
N.C. State Bar I.D. No.: 027287
E-mail: lpm@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Attorneys for Newtek Small Business
   Finance, LLC