IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION FILE NO. 3:19-cv-493

| | |
|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, <br> Plaintiff <br><br> v. <br><br> DR. RICHARD R. ROLLE, JR., PLLC <br> ALIYAH ESTATES, LLC, <br> RICHARD R. ROLLE, SR., and <br> RICHARD RAMON ROLLE, JR., <br> Defendants | DEFAULT JUDGMENT |

WHEREAS, it has been made to appear to the undersigned Clerk, upon affidavit or otherwise, Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr. having failed to plead or respond to Plaintiff Newtek Small Business Finance, LLC's Amended Complaint and Defendants' default having been entered.

WHEREAS, Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr. are not infants or incompetent persons, and are not in the military service of the United States, and as there is no just reason for delay in entering Judgment against the Defendants, jointly and severally.

WHEREAS, Plaintiff is entitled to recover from Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr. and Richard Ramon Rolle, Jr., jointly and severally, as follows:

1. On the First Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah

Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly and severally, $3,891,167.88, plus interest of $724.92 per day from and after September 10, 2019 until judgment and thereafter at the legal rate until paid in full;

    2.    On the Second Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly and severally, $542,284.21, plus interest of $101.94 per day from and after September 10, 2019 until judgment and thereafter at the legal rate until paid in full;

    3.    On the Third Claim of Relief, Plaintiff Newtek Small Business Finance, LLC have and recover of Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly and severally, reasonable attorneys' fees of (i) $585,849.94 on Note 1 and (ii) $81,648.45 on Note 2, which is 15% of the outstanding balance on Note 1 and Note 2 when the Amended Complaint was filed on September 30, 2019 (being $3,905,666.28 and $544,323.01, respectively);

    4.    the cost of this action.

NOW, THEREFORE, in accordance with 55(b)(1) of the Federal Rules of Civil Procedure, default Judgment is entered against Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr. in the above entitled-action, and IT IS HEREBY ORDERED, ADJUDGED AND DECREED as following:

    1.    The Plaintiff's Motion for Default Judgment is granted.

    2.    That Plaintiff have and recover of Defendants Dr. Richard R. Rolle, Jr., PLLC, Aliyah Estates, LLC, Richard R. Rolle, Sr., and Richard Ramon Rolle, Jr., jointly and severally, as follows:

    a.    On Plaintiff's First Claim of Relief, $3,891,167.88, plus interest of $724.92 per day from and after September 10, 2019 until judgment and thereafter at the legal rate until paid in full;

    b.  On Plaintiff's Second Claim of Relief, $542,284.21, plus interest of $101.94 per day from and after September 10, 2019 until judgment and thereafter at the legal rate until paid in full;

    c.  On Plaintiff's Third Claim of Relief, reasonable attorneys' fees of (i) $585,849.94 on Note 1 and (ii) $81,648.45 on Note 2, which is 15% of the outstanding balance on Note 1 and Note 2 when the Amended Complaint was filed on September 30, 2019 (being $3,905,666.28 and $544,323.01, respectively); and

    d.  the costs of this action.

This the 27th day of February, 2020.

Signed: February 27, 2020

*[Signature]*

Frank G. Johns, Clerk
United States District Court

010689-00005
ND: 4850-0546-0660, v. 1